Sonja S. Weissman (SBN 154320)
Email: sweissman@reedsmith.com
Roxanne M. Garibay (SBN 244935)
Email: rgaribay@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant Zimmer, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KYMBERLI CAMPBELL and ERIC CAMPBELL,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ZIMMER, INC. and DOES 1-75,<br><br>            Defendants. | No.: 2:07-CV-00483-GEB-KJM<br><br>**[PROPOSED] ORDER FOR INTRADISTRICT TRANSFER** |
|---|---|

   Having considered the parties' Stipulation for Intradistrict Transfer, and finding good cause therefore,

   IT IS HEREBY ORDERED that this action is transferred to the United States District Court, Eastern District of California, in Fresno.

**IT IS SO ORDERED.**

DATED: December 5, 2007

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

– 1 –

[Proposed] Order For Intradistrict Transfer

DOCSOAK-9891330.1